FENTON E. MACCALLUM, Respondent, v. FRED BEAL et al., Defendants, and REAL SILK HOSIERY MILLS, INC., Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

HARRIET OLIVER et al., Respondents, v. CITY OF LACKAWANNA, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of GEORGE W. REMENICKY, JR., an Attorney, Respondent.—

All concur. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of KARL A. MCCORMICK, Proctor of the Bar for the Eighth Judicial District.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## (November 17, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Appellant, against JOSEPH L. MATT et al., as Assessors, et al., Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ARTHUR E. BLAUVELT et al., Respondents, v. HERBERT FLICKINGER, as Ancillary Executor of CARL FLICKINGER, Deceased, et al., Defendants, and EMILIE WEINMANN et al., Defendants-Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

CLIFFORD KANNER, Respondent, v. FREDERICK F. GROTZ, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.